JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA McMILLON,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ACOSTA, INC. LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No. CV08-07044 VBF (JTLx)<br><br>**ORDER DISMISSING DEFENDANTS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND ACOSTA, INC. LONG TERM DISABILITY PLAN WITH PREJUDICE** |

Having considered the parties' Stipulation Dismissing Defendants Liberty Life Assurance Company of Boston and Acosta, Inc. Long Term Disability Plan with Prejudice, as well as the entire record herein, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants, including ACOSTA, INC. LONG TERM DISABILITY PLAN, which Plaintiff previously dismissed from this action without prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: December 10, 2009

_Valerie Baker Fairbank_
_____
Hon. Valerie Baker Fairbank
United States District Judge